```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION


ANTONY LENARD,                  :

     Petitioner,                :

v.                              :
                                     CIVIL ACTION 06-0489-KD-M
ALBERTO GONZALES,               :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,        :

     Respondents.               :
```

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this petition be DISMISSED as MOOT.

DONE this 19th day of January 2007.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE